**No. 10-136. Robert Horel, Warden, Petitioner v. Felix Solorio Valdovinos.**

562 U.S. 1304, 131 S. Ct. 1719, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2127.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1196, 131 S. Ct. 1042, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 1035.

**No. 10-505. Mary Jane Stevens, Petitioner v. Andrew Myers Estate.**

562 U.S. 1304, 131 S. Ct. 1719, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2162.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed. 2d 750, 2011 U.S. LEXIS 381.

**No. 10-598. Richard Kleinhammer, Petitioner v. City of Paso Robles, California, et al.**

562 U.S. 1304, 131 S. Ct. 1719, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2206.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 813.

**No. 10-599. Myriam Onyeabor, Petitioner v. Centennial Pointe Owner's Association, et al.**

562 U.S. 1304, 131 S. Ct. 1719, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2151.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1138, 131 S. Ct. 936, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 467.

**No. 10-662. Asworth, LLC, fka Asworth Corp., et al., Petitioners v. Kentucky Department of Revenue, Finance and Administration Cabinet, fka Revenue Cabinet.**

562 U.S. 1304, 131 S. Ct. 1720, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2182.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1200, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1056.

**No. 10-664. Josephine Joyce, Petitioner v. J.C. Penney Corporation, Inc.**

562 U.S. 1304, 131 S. Ct. 1720, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2152.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1201, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1020.

**No. 10-707. Lorna Roos, Petitioner v. Michael Roos.**

562 U.S. 1304, 131 S. Ct. 1720, 179 L. Ed. 2d 648, 2011 U.S. LEXIS 2176.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1201, 131 S. Ct. 1053, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 1071.